UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JACQUELYN HARRELL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:16-cv-00492 |
|  | ) | CHIEF JUDGE CRENSHAW |
| BRIDGESTONE AMERICAS TIRE | ) |  |
| OPERATIONS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 36), recommending that the Court dismiss this action for failure to prosecute. Plaintiff did not file timely objections. After a de novo review of the record, the Report and Recommendation is **ADOPTED**.

Accordingly, the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute in accordance with Local Rule 41.01.[1] The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While dismissals for failure to prosecute are generally on the merits, as required by Federal Rule of Civil Procedure 41(b), this dismissal is without prejudice because the Court does not know whether the parties are actively in arbitration. A dismissal without prejudice will have no effect on any ongoing arbitration.